# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| TECH USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. CASSIDY,<br>and NUCLEUS SOLUTIONS GROUP, LLC,<br><br>    Defendants. | Case No.: 1:15-CV-01638-JFM |

## CONSENT ORDER (INJUNCTION)

Plaintiff TECH USA, LLC ("Plaintiff") and Defendant Thomas A. Cassidy ("Defendant") agree that, on and after the date this Consent Order is entered by the Court, Defendant, his agents, servants and employees (and all those individuals and entities acting in concert with Defendant) are hereby restrained in accordance with Federal Rules of Civil Procedure 65, and pursuant to the Maryland Uniform Trade Secrets Act ("MUTSA"), Md. Comm. Law Code Ann. §11-1202 and Defendant's post-term contractual confidentiality obligations to Plaintiff, from disclosing in any form or format, or discussing in any manner, Plaintiff's pricing, profit margins, gross margins, and pricing policies and practices, and Plaintiff's Customers' pricing sensitivities and preferences, margin tolerances regarding pricing, and the margin multipliers used by Plaintiff for such Customers.

The Court shall retain jurisdiction to enforce this Consent Injunction. Except for the obligations of this Consent Injunction, the case is dismissed with prejudice pursuant to Rule 41 (a) (1) (ii).

_____
United States District Judge

CONSENTED TO IN FORM AND SUBSTANCE:

_____
Christopher "Kip" Schwartz (MD #13224)
SCHWARTZ & ASSOCIATES PLLC
1010 Wisconsin Avenue NW, Suite 540
Washington, DC 20007
Tel.: (202) 342-0413 | Fax: (202) 330-5272
kip.schwartz@schwartzassociates-law.com

Counsel for Defendants,
*Thomas A. Cassidy and
Nucleus Solutions Group, LLC*

_____
Allan P. Hillman
Kern & Hillman, LLC
2911 Dixwell Avenue, Suite 203
Hamden, CT 06518-3915
(203) 782-9076
allan@franchiselawsource.com
U.S. District Court No. 00119

Counsel for Plaintiff
*Tech USA, LLC*